eral *Perlman, John R. Benney, William S. Tyson* and *Bessie Margolin* for respondent.

No. 502. FOREMAN'S ASSOCIATION OF AMERICA *v.* L. A. YOUNG SPRING & WIRE CORP. ET AL. United States Court of Appeals for the District of Columbia. Certiorari denied. *Walter M. Nelson, Allan R. Rosenberg* and *Warren L. Sharfman* for petitioner. *Solicitor General Perlman, David P. Findling, Ruth Weyand* and *Harvey B. Diamond* for the National Labor Relations Board; and *Richard E. Cross* for the L. A. Young Spring & Wire Corp., respondents.

No. 521. SHURIN *v.* UNITED STATES. C. C. A. 4th. Certiorari denied. *Henry G. Singer* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 522. ROOT ET AL. *v.* FRED WOLFERMAN, INC. Supreme Court of Missouri. Certiorari denied. *Clif Langsdale* and *Clyde Taylor* for petitioners. *R. B. Caldwell* and *Blatchford Downing* for respondent.

No. 523. SHILMAN *v.* UNITED STATES ET AL. C. C. A. 2d. Certiorari denied. *William L. Standard* for petitioner. *Solicitor General Perlman, H. G. Morison, Samuel D. Slade* and *Leavenworth Colby* for the United States.

No. 532. KOTT ET AL. *v.* UNITED STATES. C. C. A. 5th. Certiorari denied. *David Berger, John W. Bohlen, Thomas D. McBride* and *Louis Halle* for petitioners.

*Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 519. Fook *v.* United States. United States Court of Appeals for the District of Columbia. Certiorari denied. *Harlan Wood* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for the United States.

No. 528. Joint Council Dining Car Employees, Locals 456 and 582, *v.* Southern Pacific Co. C. C. A. 9th. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *George M. Naus* and *Clifton Hildebrand* for petitioner. *Burton Mason* and *A. G. Goodrich* for respondent.

No. 535. Josephson *v.* United States. C. C. A. 2d. Certiorari denied. Mr. Justice Douglas, Mr. Justice Murphy and Mr. Justice Rutledge are of the opinion that the petition should be granted. *Samuel A. Neuburger* and *Barent Ten Eyck* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 215, Misc. Ross *v.* Nierstheimer, Warden. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 221, Misc. Duncan *v.* Nierstheimer, Warden. Supreme Court of Illinois. Certiorari denied.

No. 283, Misc. Slayton *v.* Nierstheimer, Warden. Supreme Court of Illinois. Certiorari denied.